UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRIMHALL LQ LLC D/B/A | § | |
| LA QUINTA INN & SUITES | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No: 5:16-cv-1290-FB |
| | § | |
| THE CINCINNATI INSURANCE COMPANY, | § | |
| PAUL R. WHITE & COMPANY, INC. and | § | |
| SEAN PAPPAS | § | |
|    *Defendants* | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, BRIMHALL LQ LLC D/B/A LA QUINTA INN & SUITES ("Plaintiff"), and THE CINCINNATI INSURANCE COMPANY, PAUL R. WHITE and SEAN PAPPAS ("Defendants"), and file this their Agreed Motion to Dismiss with Prejudice in the above-styled and numbered cause of action, and respectfully show the Court as follows:

**I.**

This case has not proceeded to trial and the parties have not introduced any evidence at trial.

**II.**

Plaintiff and Defendants have entered a settlement agreement for the purpose of settling and compromising any and all disputes and controversies that exist between them. Accordingly, Plaintiff and Defendants desire to dismiss the above-styled and numbered cause of action, with prejudice to re-filing same, with costs to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request this Court to grant their Agreed Motion to Dismiss with Prejudice, and enter a Judgment of dismissal in the above-styled and numbered cause of action.

    Respectfully submitted,

**WHYTE PLLC**
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
(210) 562-2888 – Telephone
(713) 562-2873 – Fax

By: */s/ Marc K. Whyte* *(by permission)*
    Marc K. Whyte
    State Bar No. 24056526
    mwhyte@whytepllc.com
    jsaenz@whytepllc.com

**EGGLESTON & BRISCOE, LLP**
333 Clay Street, Suite 4800
Houston, Texas 77002
(713) 659-5100 - Tel
(713) 951-9920 - Fax

By: */s/ W. Montgomery Briscoe*
    W. Montgomery Briscoe
    State Bar No. 03014500
    wmb@egglestonbriscoe.com

    ATTORNEY FOR DEFENDANTS